

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

**17 CV 6220S**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.   Full Name And Prisoner Number of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status,* **each** *plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Samuel J Saeli #35819
2. _____

-VS-

**B.   Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Harbor Freight Tools USA Inc.          4. Todd Johnson
2. Derek Bittner                                       5. _____
3. Jeffrey Majka                                     6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Samuel J Saeli
Present Place of Confinement & Address: P.O Box 190, Mayville, NY 14757

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Harbor Freight Tools USA Inc.
(If applicable) Official Position of Defendant: Corporation
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 26541 Agouia Rd.
Calabasas, California, 91302

Name of Defendant: Derek Bittner
(If applicable) Official Position of Defendant: Loss Prevention
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 275 State Route 18 STE 1
E. Brunswick NJ 08816

Name of Defendant: Jeff Majka
(If applicable) Official Position of Defendant: Store Manager
(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity
Address of Defendant: 3950 Vineyard Dr., Dunkirk, NY 14048

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes____  No__X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

2

Defendant's Information (page 2 continued)

Name of Defendant: Todd Johnson
(If applicable) Official Position of Defendant: Assistant store manager at Dunkirk, NY location
(If applicable) Defendant is sued in  X  individual and/or  x  official capacity
Address of Defendant: 3950 Vineyard Drive, Dunkirk, NY 14048

A. First Claim: On (date of the incident) August 2016 through February 2017

defendant (give name and position held of each defendant involved in this incident) Harbor Freight Tools USA Inc. (Corporate entity) Derek Bittner (loss prevention) Jeffrey Majka (Store manager) Todd Johnson (Assistant Store manager).

did the following to me (briefly state what each defendant named above did): During my employment at Harbor Freight Tools USA, in Dunkirk, NY as head cashier, I was subjected to inappropriate conduct and comments of management, and mismanagement of the store at this location, a hostile work environment, unfair pay and work place harassment and discrimination. The management at the Dunkirk, NY location was chaotic, unprofessional, lazy, incompetent and unknowledgeable of Harbor Freight Tools USA policies, standards, procedures and expectations. This resulted in me having to work hours outside of business to correct such management issues as pricing, displays and other work management failed to do or complete correctly. Although I was doing the work of a manager and Jeff Majka did state to Plaintiff that although he considered me part of the management team and doing management duties and responsibilities outside of my job description, that technically I was not a manager and could not be paid as a manager.

Due to the mismanagement, Employee turnover at the store was very high and while the store was in the process of opening up, Jeff Majka made the mistake of hiring too many employees, which resulted in many employees receiving a few hour of work each day or just being scheduled one or two days of work each week.

When I complained about the workload I was doing as part of the unofficial management team, Jeff Majka continued to promise to hire an assistant head cashier, a position that was unfulfilled since opening day, and was not filled during my tenure at the store. When myself and other cashiers started to complain about the hours and scheduling and certain conduct, comments, treatment and harassment of them and myself by Todd Johnson, I took those complaints to Jeff Majka, who ignored the complaints. Cashiers were then urged by other employees to complain to Corporate Human Resources. While management continued to not properly handle store procedures for displays, store procedures for sales and store operations, etc., additional responsibilities outside of my original job description/duties were assigned to me thus having to work extra hours with other areas of management after hours, when the store was closed. When I began to complain about the scheduling, mismanagement, the extra hours I was working due to that mismanagement and the treatment and conduct of management towards myself and others, my scheduled work hours were cut below 40 hours a week, which were the original amount of hours, I was promised and signed as part of the employee agreement upon being hired.

B: Second Claim: On (date of the incident) On or about February 12th 201

defendant (give the name and position held of each defendant involved in this incident): Harbor Freight Tools USA Inc (corporate entity) Jeff Majka (store manager) Derek Bittner (loss prevention)

did the following to me (briefly state what each defendant named above did): On or about Feb 12th 2016 after Claimant worked a scheduled work shift, Jeff Majka called Claimant into the office for a phone call with Derek Bittner. Together, Jeff Majka and Derek Bittner conducted a phone inquisition of Claimant with/regarding two generators that came up missing as a result of cashier error. Items such as generators can be sold with an extended service plan that shows up on the register computer automatically once the item is scanned so the cashier is reminded to ask the customer if they would like to purchase the extended warranty. If the cashier clears out of the screen instead of answering yes or no, the cashier can actually delete the item and remove from the purchase que and from the receipt. This had previously happend to another cashier and was brought up to the attention of Todd Johnson by claimant when a customer returned to the store requesting to be charged for items he received, but did not register on the customer's receipt.

Regardless, shortly after this incident, Harbor Freight Tools USA Inc, ~~~~~ Derek Bittner, and Jeff Majka fired claimant alledging employee theft, had Claimant falsely arrested and charged with two misdemeanors in the Town Court of the Town of Dunkirk, NY. These charges were later dismissed by

the Court in the Town of Dunkirk, NY and I also later won a claim against Harbor Freight Tools USA, Inc and Derek Bittner through the New York State Department of Labor. Although Defendants knew that this situation was not my fault, I was publicly humiliated in front of friends and associates at the store by Jeff Majka as he did contact New York State Troopers and Derek Bittner to arrest Claimant at the store and by having false charges placed against me. As a result of Defendants illegal actions, Claimant was terminated from his position in a manner which violated New York State and Federal Law, loss of income and investments through Harbor Freight Tools USA Inc., had to pay legal costs and fees associated with defending myself against the false and malicious charges and suffered the humiliation of being publicly arrested in front of employees, friends, and customers. It is evident that my firing was retalitory in nature after complaining about the management of the store and complaining about the conduct, comments, treatment and harassment by management toward myself and other employees.

5.  The approximate date the action was filed:_____

6.  What was the disposition of the case?

    Is it still pending? Yes____ No____

    If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

B.  Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____   No ✗

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2.  District Court:_____

3.  Docket Number:_____

4.  Name of District or Magistrate Judge to whom case was assigned:_____

    _____

5.  The approximate date the action was filed:_____

6.  What was the disposition of the case?

    Is it still pending? Yes____ No____

    If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

　　　____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

　　　____ By court for failure to exhaust administrative remedies;

　　　____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

　　　____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

　　　____ plaintiff

　　　____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) August 2016 through February 2017,
defendant (give the **name and position held** of **each defendant** involved in this incident) Harbor Freight Tools USA Inc. Derek Bittner (loss prevention) Jeffrey Majka (store manager) Todd Johnson (Assistant Store Manager)
did the following to me (briefly state what each defendant named above did): During my employment at Harbor Freight Tools USA in Dunkirk, NY as a head cashier, I was subjected to the mismanagement of the store at this location, a hostile work environment, unfair pay and workplace harassment and discrimination. The management at the Dunkirk, NY location was chaotic, unprofessional, lazy, incompetent and unknowledgeable of Harbor Freight Tools USA policies, standards, procedures and expectations. This resulted in me having to work hours outside of business to fix pricing, displays and other work management failed to complete or do correctly. Although I was doing the work of manager and Jeff Majka did state that although I was Part of the management team and doing duties & responsibilities outside of my job description, I was not paid as a manager
The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of Fair Labor Standards Act, Illegal Termination of Employment, Hostile Work environment, Unfair pay, workplace harassment and discrimination
The relief I am seeking for this claim is (briefly state the relief sought): I am seeking $2.5 million dollars in punitive and compensatory damages due to loss of income and investments.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ___ Yes _X_ No   If yes, what was the result? _____

Did you appeal that decision? ___ Yes _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: My claim is against a corporation for violation of Federal Law and standards with no administrative remedies available.

**A. SECOND CLAIM:** On (date of the incident) On or about February 12th 2016,
defendant (give the **name and position held** of **each defendant** involved in this incident) Harbor Freight Tools USA Inc., (corporate entity) Jeff Majka (store manager) Derek Bittner (loss prevention).

5

did the following to me (briefly state what each defendant named above did): On or about February 12th 2016 after Claimant worked a scheduled work shift, Jeff Majka called Claimant into the office for a phone call with Derek Bittner. Together Jeff Majka and Derek Bittner conducted a phone inquisition of Claimant regarding two generators that came up missing as a result of cashier error. Items such as generators can be sold with an extended service plan that shows up on the register computer automatically once the item is scanned so the cashier is reminded to ask the customer if they would like to purchase the (Please see enclosed sheets for complete first and second claims)

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of Fair Labor Standards Act, Illegal Termination of Employment, false arrest, Hostile work environment, workplace harassment and discrimination

The relief I am seeking for this claim is (briefly state the relief sought): $12.5 million dollars in compensatory and punitive damages and loss of income and investments

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes __X__ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes __X__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: My claim is against a corporation for violation of Federal Law/Standards with no administrative remedies available to Claimant.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

In total I am seeking $5 million dollars due to harassment and discrimination, illegal, false arrest, malicious prosecution, humiliation, loss of income and investments and any judgement this Court may deem appropriate and just.

Do you want a jury trial? Yes __X__ No ____

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___April 3, 2017___
                      (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

Signature(s) of Plaintiff(s)

7

U.S. Courthouse
68 Court Street
Buffalo, NY 14202-3406

To Whom it may concern:

For your review and filing, I am enclosing five complaints that I am filing with this court under the Civil Rights Act, 42 U.S.C subsection 1983. I am asking this Court to please assign to me an attorney who can assist me with this matter as well as any advice or assistance this Court can provide me.

My first complaint I am filing is against Chautauqua County NY, the Chautauqua County Jail and named correction officers for, among other things use of excessive force (which was recorded on a camera positioned directly in the cell I was in). I was forcefully taken to the ground, handcuffed and shackled unecessarily causing damage to my right hand. After this incident, I asked for and received a grievance (which I included in the complaint against the Chautauqua County Jail). When I attempted to give Lt Fuller my grievance, he read it, handed it back to me and told me "Don't file that".

At that time, I decided to write to the New York State Commission of Corrections about this incident, which occurred on Sept 24th 2016 and which damaged my right hand. Twice, the jail gave me the wrong address for the New York State Commission of Corrections and twice the letter was returned to me for having the wrong address. My third attempt, I finally received the correct address and the New York State Commission of Corrections is investigating this matter. I am asking this court to preserve the jail cameras

that recorded this incident; the video located on the third floor camera located directly in front SS unit or the hospital unit; the camera located on the elevator leading to the third floor, and the camera located in "booking" where I was held temporarily in a cell located there. The date and time of this incident was 9/24/16 around 2:17 p.m. Please note, I tried to name all of the correction officers, Lieutenents and Sargeants involved, however, the jail only provides the last names of its officers, sargeants and lieutenents.

In addition to the previously mentioned complaint, I am also complaining about the new manner/method in which the County of Chautauqua, NY handcuffs and shackles people under arrest and in their custody. I believe this manner/method is unconstitutional as it intentionally inflicts pain and discomfort by forcing those in custody or under arrest to twist their hands downward so that their thumbs are pointed down to the ground and the cuffs are locked around the wrist bone and ankle bones of the individuals. This restricts blood flow to the hands and feet and causes pain, discomfort and loss of feeling to the hands, fingers, feet and toes and other damage. I have included a report from a neurologist who examined me while in jail. This examination occurred on January 12th 2017 and only occurred after the New York State of Commission of Corrections contacted the jail about my complaint and began their investigation.

I have also included complaints against the Village of Fredonia, NY and Dunkirk, NY. Whereas Dunkirk Police wrongfully identified me as a suspect in an investigation Fredonia Police were conducting. On August 14th 2016, Dunkirk and Fredonia Police Officers

conducted an illegal search and seizure by entering onto my property without a search warrant and without my knowledge and permission and confiscated two dash cams from my vehicle (which would exonerate me in their investigation) and a gym bag and lost and destroyed this evidence. The next day, I was falsely arrested by the Fredonia Police Department. Fredonia Police Chief Brad Meyers originally was not going to arrest me and that my arrest only occurred at the insistence of Chautauqua County Assistant District Attorney Andrew Molitar. Chief Brad Meyers and the Village of Fredonia were negligent in my processing as they failed to fingerprint me, causing uneccesary court delays. At the time of my arrest, I was immediately arraigned in Village of Fredonia, NY court, where bail was set and posted bail that night. What occurred next was a series of lies and cover ups of the mishandling of this matter told by then acting District Attorney Patrick Swanson (who was in the midst of an election campaign), Fredonia Police Chief Brad Meyers, the Fredonia Police, Dunkirk Police, Fredonia Police Chief Brad Meyers and Patrick Swanson (who was found guilty of an ethics violation during his campaign for Chautauqua County District Attorney in 2016) falsely stated and lied to local media that his office was not consulted by the Village of Fredonia Court regarding my bail. This is false as Andrew Molitar, Chautauqua County Assistant District Attorney was present the entire time of questioning and arraignment. This became a key issue during his election as everyone felt the District Attorney screwed up the issue of bail.

Patrick Swanson placed the blame on the Village of Fredonia Court Judge by stating that the reason the Judge in Fredonia set the bail so low was because the Judge failed to consult Swanson/the District Attorney's Office (again a lie as Andrew Moltar, assistant district attorney was present. Also, during a recent murder trial that Swanson lost in Chautauqua County, Swanson blamed the Jamestown Police Department for losing that trial, so Swanson has a reputation for not accepting blame for his own mistakes). Regardless, upon my posting of bail, Swanson and the Fredonia Police also issued a false report that I, upon posting bail, was missing, and a three county wide search was being conducted. This information was released by Swanson and the Fredonia Police to local media, who then reported it, when in fact I was not missing, I posted bail, and another court date was set for me later that week, which I planned to attend with my attorney.

The Dunkirk Police Department, specifically Denise Hodkin personally contacted my girlfriend and family, telling them lies that were based on personal feelings rather than the truth and facts in order to annoy and harass me. The local newspaper, the Observer, wrote a false article that appeared in print and online versions of the Observer that was libelous, slanderous and defamatory, falsely reporting that I was a teacher in Dunkirk, NY in order to make the present charge/circumstances that more serious and sensational. There is and was never a legally sufficient basis to justify the false charge, false arrest and malicious prosecution of me, both in Court and through the local media. The information fed to the Observer

by the District Attorney's Office and the Village of Fredonia Police was false and malicious and at no time did the Observer or anyone employed by the Observer attempt to verify the truth or accuracy of the reports/articles they were publishing, both in print and online editions of the Observer.

My final complaint is against Harbor Freight Tools USA Inc. for creating a hostile work environment, violation of my civil rights and labor laws and false arrest. The false arrest occurred when Jeff Majka, store manager at the Dunkirk, NY Harbor Freight Tools location, and Derek Bittner, Harbor Freight Tools USA Inc. loss prevention specialist filed a false report with the New York State Police that resulted in my false arrest and termination of employment. The charges would later be dismissed by the Town of Dunkirk Court. Additionally, I won a New York State Department of Labor claim against Harbor Freight Tools USA Inc.

Finally, I would ask the Court to please assign an attorney to me to help handle these complaints and offer any assistance, review or advice that can be of benefit in helping me to pursue these matters.

No one who is an American citizen should have to endure a false arrest and such a malicious prosecution such as that of which I went through. Nor should any citizen have to be subject to the use of unecessary and excessive forced and handcuffed and shackled in a manner that is designed to be uncomfortable, distressful, painful and which causes bruising, scarring and pain/damage as to which I endured

To this day, I still suffer numbness, loss of feeling, and pain and have issues with my right hand and fingers to the point where my index finger and thumb cramp up in a position where it is difficult for me to do anything. I am also fearful of retaliation by the jail and correction officers for filing a complaint with this Court as I was retaliated against when I filed a complaint to the New York State Commission of Corrections. So again, I beg the Court to please assign me an attorney to handle these complaints and offer any legal review or advice and assistance that it can give. Currently, I am incarcerated at the Chautauqua County Jail in Mayville, NY so I am listing my address at the jail as well as my permanent address for where I can receive mail and correspondance. Thank-you for your time, effort and consideration in this matter.


Sincerely,

*Samuel Saeli*

Samuel J. Saeli
P.O. Box 190
Mayville, NY 14757
Inmate #35819

Permanent Address:
Samuel J Saeli
59 Fairview Ave.
Dunkirk, NY 14048







JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Samuel J Saeli

**DEFENDANTS**
Harbor Freight Tools USA Inc; Derek Bittner; Jeff Majka; Todd Johnson

**(b)** County of Residence of First Listed Plaintiff: Chautauqua
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Chautauqua
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: Pro Se
P.O Box 190, Mayville, NY 14757

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS - PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS - Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [X] 710 Fair Labor Standards Act
- [X] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [X] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Civil Rights Act 42 USC subsection 1983

Brief description of cause:
While an employee of Defendants they created a hostile work environment and

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 15 million dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

falsely arrested plainti[ff]

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____